SHELDON J. WARREN, No. 096668
**LAW OFFICES OF SHELDON J. WARREN,**
a Professional Law Corporation
P. O. Box 30220
Long Beach, California 90853
Telephone:   562.433.9688
Facsimile:    562.433.9711

Attorneys for Defendant
INTERMATIC INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>INTERMATIC, INC., ENERGY HOUSE, and DOES 1 through 25,<br><br>            Defendants. | **NO. 06-CV-01127-LJO-DLB**<br>**[Action Filed 07/17/2006]**<br><br>**[DENNIS L. BECK, U.S. MAGISTRATE JUDGE]**<br><br>**STIPULATION AND ORDER CONTINUING DISCOVERY AND SETTLEMENT CONFERENCE DATES**<br><br>**TRIAL DATE:   OCTOBER 22, 2007** |

The parties, in the interests of justice, submit the following stipulation with regarding to continuing certain previously scheduled dates in this matter. The parties specially advise the Court that none of the proposed new dates will in any way affect the dates of either the September 7, 2007 Pre-trial Conference or the October 22, 2007 Trial.

It is hereby stipulated by and between the parties, through their respective attorneys of records, as follows:

1.   The April 25, 2007 deadline for Non Expert discovery shall be continued to May 25, 2007;

{00007609.DOC}

**STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY AND SETTLEMENT CONFERENCE DATES**

2. The May 4, 2207 disclosure of expert witnesses by plaintiff shall be continued to June 4, 2007;

3. The May 14, 2007 disclosure of experts by defendants shall be continued to June 14, 2007;

4. The May 28, 2007 disclosure of rebuttal experts shall be continued to June 21, 2007;

5. The June 15, 2007 deadline for Expert discovery shall be continued to June 29, 2007; and

6. The Settlement Conference scheduled for May 1, 2007 shall be continued to June 12, 2007 at 10:00 a.m.

Dated: April \_\_\_\_, 2007

**LAW OFFICES OF SHELDON J. WARREN**

By _____
SHELDON J. WARREN
Attorneys for Defendant
INTERMATIC INCORPORATED

Dated: April \_\_\_\_, 2007

**VITALE & BURNS**

By _____
STEVEN C. CLARK
Attorneys for Defendant COMBS DEVELOPMENT, INC, dba ENERGY HOUSE

////
////
////
////
////
////

{00007609.DOC}

-2-

**STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY AND SETTLEMENT CONFERENCE DATES**

1  Dated: April ____, 2007

2  **CHOLAKIAN & ASSOCIATES**

4  By _____
5      DAVID L. HART
    Attorneys for Plaintiff NATIONWIDE
6      MUTUAL INSURANCE COMPANY

8  **IT IS SO ORDERED.**

10  Dated: April 9, 2007      /s/ *Dennis L. Beck*
    United States Magistrate Judge

{00007609.DOC}

-3-

**STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY AND SETTLEMENT CONFERENCE DATES**