Nationwide Mutual Insurance Company v. Intermatic Incorporated                                                                 Doc. 19

| | |
|---|---|
| 1 | SHELDON J. WARREN, No. 096668 |
| 2 | **LAW OFFICES OF SHELDON J. WARREN,** a Professional Law Corporation |
| 3 | P. O. Box 30220<br>Long Beach, California 90853 |
| 4 | Telephone: 562.433.9688<br>Facsimile: 562.433.9711 |
| 5 | Attorneys for Defendant |
| 6 | INTERMATIC INCORPORATED |

FILED
APR 18 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) | NO. 06-CV-01127-LJO-DLB<br>[Action Filed 07/17/2006] |
| Plaintiff, | ) | [DENNIS L. BECK, U.S. MAGISTRATE JUDGE] |
| v. | ) | |
| INTERMATIC, INC., ENERGY HOUSE, and DOES 1 through 25, | ) | STIPULATION OF DISMISSAL AND [PROPOSED] ORDER |
| Defendants. | ) | TRIAL DATE: OCTOBER 22, 2007 |

**IT IS HEREBY STIPULATED** by and between INTERMATIC INCORPORATED and COMBS DEVELOPMENT, INC., dba ENERGY HOUSE that the cross-complaint of COMBS DEVELOPMENT, INC., dba ENERGY HOUSE be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1), each side to bear its own fees and costs.

{00007571.DOC}

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

Dated: March 22, 2007

**LAW OFFICES OF SHELDON J. WARREN**

By     /s/
SHELDON J. WARREN
Attorneys for Defendant and Cross-Defendant
INTERMATIC INCORPORATED

////

Dated: March 22, 2007

**VITALE & BURNS**

By     /s/
STEVEN C. CLARK
Attorneys for Defendant and Cross-Complainant
COMBS DEVELOPMENT, INC, dba ENERGY HOUSE

**ORDER**

GOOD CAUSE APPEARING, it is so ordered.

DATED: April 17, 2007      _____
THE HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE