1 | STEVEN C. CLARK, #181050
**VITALE & BURNS**
2 | 5260 North Palm Avenue, Suite 300
Fresno, California 93704
3 | Tel : 559/ 451-2600
Fax: 559/ 451-2626
4
5 | Counsel for Defendant, Combs Development, Inc.
6
7
8 | UNITED STATES DISTRICT COURT
9 | EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| Nationwide Mutual Insurance Company, | **Case No. 1:06CV1127 LJO DLB** |
|---|---|
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| Intermatic, Inc., Energy House and DOES 1 to 25, | |
| Defendants. | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT: Combs Development, Inc. makes the following substitution:

    1.    Former legal representative: Steven C. Clark; Vitale & Burns, 5260 N. Palm, Suite 300, Fresno, CA 93704; Telephone (559) 451-2600;

    2.    New legal representative: Sheldon J. Warren; Law Offices of Sheldon J. Warren, P.O. Box 3022, Long Beach, CA 90853; Telephone (562) 433-9688.

    3.    The party making this substitution is Defendant, Combs Development.

{00007647.DOC}
_____
Substitution of Attorney

PAGE -1-

| | | |
|---|---|---|
| 1 | Dated: March 6, 2007 | |
| 2 | Stevon Combs | --------------/s/-------------------- |
| 3 | _____ | Combs Development, Inc. |
| 4 | | |
| | Dated: March 13, 2007 | Vitale & Burns |
| 5 | Steven Clark | |
| 6 | | --------------/s/----------------------- |
| 7 | _____ | Steven C. Clark |
| 8 | | |
| 9 | Dated: April 13, 2007 | |
| 10 | Sheldon Warren | Law Office of Sheldon Warren |
| 11 | | |
| 12 | | ---------------/s/------------------------- |
| 13 | _____ | Sheldon Warren |
| 14 | **IT SO ORDERED:** | |
| 15 | | |
| 16 | Dated: April 24, 2007    _____ |   /s/ Dennis L. Beck<br>U.S. Magistrate Judge |

{00007647.DOC}_____
_____
Substitution of Attorney