SHELDON J. WARREN, No. 096668
**LAW OFFICES OF SHELDON J. WARREN,**
a Professional Law Corporation
P. O. Box 30220
Long Beach, California 90853
Telephone:   562.433.9688
Facsimile:    562.433.9711

Attorneys for Defendants
INTERMATIC INCORPORATED and COMBS DEVELOPMENT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERMATIC, INC., ENERGY HOUSE, and DOES 1 through 25,<br><br>　　　　Defendants. | **NO. 1: 06-CV-01127-LJO-DLB**<br>**[Action Filed 07/17/2006]**<br><br>[DENNIS L. BECK, U.S. MAGISTRATE JUDGE]<br><br>**REQUEST FOR ALTERNATE APPEARANCE AT SETTLEMENT CONFERENCE AND ORDER [PROPOSED]**<br><br>**TRIAL DATE: OCTOBER 22, 2007** |

COMES NOW defendant INTERMATIC INCORPORATED ("INTERMATIC") and respectfully requests that the Court allow it, by the accompanying proposed Order, to have its third-party administrator for product liability claims, Mr. Robert McDonnell of McLarens Young International in Glen Ellyn, Illinois, appear as its representative at the Settlement Conference scheduled for June 12, 2007, at 10:00 a.m.  Mr. McDonnell is the individual solely responsible for handling claims of this type on INTERMATIC's behalf, as well as managing its self insured retention (SIR).  He has full and complete authority to negotiate and, if

{00007741.DOC}

**REQUEST FOR ALTERNATE APPEARANCE AT SETTLEMENT CONFERENCE AND ORDER [PROPOSED]**

1  appropriate, settle cases on INTERMATIC's behalf on any terms he deems
2  appropriate.
3        This request is made to avoid the necessity of INTERMATIC having
4  to bring a second individual to Fresno from out of state and incurring the significant
5  expense related thereto.
6
7  Dated:  June 5, 2007
8        **LAW OFFICES OF SHELDON J. WARREN**
9
10  By        /s/
    SHELDON J. WARREN
11  Attorneys for Defendants
  INTERMATIC INCORPORATED and COMBS
12  DEVELOPMENT, INC.
13
14
15  **ORDER**
16  GOOD CAUSE APPEARING, it is so ordered.
17
18  DATED: June 8, 2007        ___/s/ *Dennis L. Beck*_____
    THE HONORABLE DENNIS L. BECK
19      U.S. MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28